

**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG - 6 2004
10:18

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

James M. Leatherwood,

                Plaintiff,

v.

Defense Procurement Manufacturing
Services, Inc., and Randy Luth,
Individually,

                Defendants.

Case No. 4:03-cv-00313-Y
The Honorable Terry R. Means

### DEFENDANTS DEFENSE PROCUREMENT MANUFACTURING SERVICES, INC. AND RANDY LUTH'S MOTION TO DISMISS DAMAGE CLAIMS UNDER FED. R. CIV. P. 37(d), OR, ALTERNATIVELY, MOTION TO COMPEL

Defendants Defense Procurement Manufacturing Services, Inc. and Randy Luth bring this motion to dismiss damage claims under FED. R. CIV. P. 37(d) or, alternatively, motion to compel based on Plaintiff James M. Leatherwood's failure to serve written responses to Defendants' First and Second Sets of Requests for Production of Documents and Things. The motion is also based upon the indicated rules, legal precedent, and all of the files and records herein.

Defendants Defense Procurement Manufacturing Services, Inc. and Randy Luth's Motion is further supported by their Brief in Support of their Motion to Dismiss Damage Claims under FED. R. CIV. P. 37(d) or, Alternatively, Motion to Compel, the Declaration of Aaron W. Davis and the Exhibits thereto, and the Proposed Order. Based on the materials submitted herein, Defendants Defense Procurement Manufacturing Services, Inc. and Randy Luth respectfully request that Plaintiff's damage claims be dismissed with prejudice. Alternatively, Defendants

ask the Court to order Plaintiff to serve his written responses and produce the promised documents, particularly those related to damages, within seven (7) days of the Court's Order. In either case, Defendants also ask that the Court award them expenses and reasonable attorneys' fees related to Plaintiff's failures.

                                                  Respectfully submitted,

                                                  ATTORNEYS FOR DEFENSE PROCUREMENT MANUFACTURING SERVICES, INC. AND RANDY LUTH

Dated: *August 5*, 2004                By: _____
                                                        Randall T. Skaar *Pro Hac Vice*
                                                        Eric H. Chadwick *Pro Hac Vice*
                                                        **PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.**
                                                        4800 IDS Center
                                                        80 South Eighth Street
                                                        Minneapolis, MN 55402-2100
                                                        Telephone: (612) 349-5740
                                                        Facsimile: (612) 349-9266

                                                        Grant Liser (TX # 12415000)
                                                        **BROWN, HERMAN, DEAN, WISEMAN, LISER & HART, L.L.P.**
                                                        306 West 7th Street, Suite 200
                                                        Fort Worth, TX 76102
                                                        Telephone: (817) 332-1391
                                                        Facsimile: (817) 870-2427

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendants' Motion to Dismiss under FED. R. CIV. P. 37(d) has been served via certified mail, return receipt requested, on this 5th day of August, 2004 to the following:

**James M. Leatherwood**
**Box 140**
**Lingleville, TX  76461**

*Dainia S. Velishek*
Dainia S. Velishek